CATHERINE HAYES, Respondent, *v.* EDMOND J. HAYES, Appellant.

*Hayes* v. *Hayes*, 175 App. Div. 941, affirmed.
(Submitted January 16, 1917; decided January 30, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1916, which affirmed an order of Special Term denying a motion to modify a final decree of divorce by striking therefrom or reducing the provision for alimony. The following question was certified: "Under the provisions of the statutes, namely, section 1759 and section 1771 of the Code of Civil Procedure, does the misconduct by fornication, or immoral course of living of a wife subsequent to a final decree of divorce in her favor, justify the Supreme Court in amending the final judgment in her favor by annulling the provision for alimony?"

*John F. Harrington* for appellant.

*Leo R. Brilles* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not voting: HOGAN, J.